**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

James D. Wren

      Petitioner,

v.

William Bollin, *Warden, in his official capacity*; Gary, *Sargeant, in his official and individual capacities*; Terra O'Conner, *Lieutenant, in her official and individual capacities*;

      Respondent.

File No. 25-CV-3623 (JMB/LIB)

**ORDER**

---

James D. Wren, Moose Lake, MN, self-represented.

Madeline Mae Sheehy and Rachel E. Bell-Munger, Minnesota Attorney General's Office, St. Paul, MN, for Respondents.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Leo I. Brisbois, dated April 27, 2026, which recommends denial of Petitioner James D. Wren's motion for a preliminary injunction. (Doc. No. 34.) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1). In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1

1.    The R&R (Doc. No. 34) is ADOPTED.

2.    The motion for preliminary injunction (Doc. No. 16) is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: August 3, 2026                                    /s/ *Jeffrey M. Bryan*
                                                         Judge Jeffrey M. Bryan
                                                         United States District Court